812 A.2d 553

James T. BECK, Petitioner,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.

Supreme Court of Pennsylvania.

Dec. 18, 2002.

James T. Beck, pro se.

312

Timothy P. Wile, Harrisburg, for Bureau of Driver Licensing.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of December 2002, the Application for Stay is denied. The Petition for Allowance of Appeal is denied.